**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CLODIOUS HUGHES | : | **CIVIL ACTION** |
| Plaintiff, | : | **No.** |
| | : | |
| v. | : | |
| | : | |
| BALKAR SAINI and BABA OIL, LLC | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendants, Balkar Saini and Baba Oil, LLC (hereby referred to as "Defendants") by

and through their attorneys, Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, hereby file this

Notice of Removal of the present case from the Court of Common Pleas of Philadelphia

County, Pennsylvania, in which it is now pending, to the United States District Court for the

Eastern District of Pennsylvania, and respectfully aver as follows:

1.      Plaintiff commenced this action by filing a Complaint in the Court of Common

Pleas of Philadelphia County, Pennsylvania.  A true and correct copy of Plaintiff's Complaint

is attached hereto as Exhibit "A."

2.      Upon information and belief, and at all times pertinent hereto, Plaintiff is /was

citizen of the State of Pennsylvania.  See Exhibit "A."

3.    Upon information and belief, at all-times material hereto, Defendant, Baba Oil, LLC is a corporation organized under the laws of New Jersey, with its principal place of business at 103 Carnegie Center, Princeton, NJ 08540, and pursuant to 28 U.S.C §1332.

4.    Upon information and belief, at all-times material hereto, Defendant, Balkar Saini is an individual residing in the State of New Jersey, with his principal place of residence at 14 Ponty Circle, Monmouth Junction, NJ 08852, and pursuant to 28 U.S.C §1332.

5.    Defendants, Baba Oil, LLC and Balkar Saini do not have any locations in the Commonwealth of Pennsylvania.

6.    This case arises out of an incident that occurred on December 20, 2023, in the vicinity of 5026 Wynnefield Avenue, Philadelphia, PA.  See Exhibit "A."

7.    Plaintiff alleges that this his injuries were caused by the negligence of Defendants.  See Exhibit "A."

8.    Plaintiff is seeking damages in excess of $50,000 for each count contained within the complaint. See Exhibit "A" in all wherefore clauses.

9.    Diversity of citizenship within the meaning of 28 U.S.C. §1332 exists between Plaintiff and Defendants since they are citizens of different states.

10.    The diversity of citizenship which existed at the time that this action was commenced continues through the time of filing of this Notice, thus entitling Defendants to removal pursuant to 28 U.S.C §1441, as amended, and 28 U.S.C. §1446.

11.    All Defendants to this action are represented by the undersigned counsel, and expressly consent to this removal.

12.    In compliance with 28 U.S.C. §1446(a), Defendants, have not been served with any other process, pleadings, and/or orders in this matter aside from Plaintiff's Complaint.

13.    A true and correct copy of this Notice of Removal is being filed with the Prothonotary in the Court of Common Pleas of Philadelphia County as provided by 28 U.S.C. §1446(b).

**WHEREFORE**, Defendant request that the above captioned action, now pending in the Court of Common Pleas of Philadelphia County, be removed therefrom to this Honorable Court.

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.**

By: /s/ Joseph R. Bonfig
JOSEPH R. BONFIG, ESQUIRE
*Attorney for Defendants,*
*Balkar Saini and Baba Oil, LLC*

Dated: December 15, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph R. Bonfig, Esquire certify that on this date, a true and correct copy of Defendants' Notice of Removal was served by ECF to all counsel of record.

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.**

By: /s/ Joseph R. Bonfig

JOSEPH R. BONFIG, ESQUIRE
*Attorney for Defendants,*
*Balkar Saini and Baba Oil, LLC*

Dated: December 15, 2025

# Exhibit "A"

 

*Filed and Attested by the Office of Judicial Records 11 NOV 2025 01:09 pm S. RICE*

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

Clodious Hughes
5431 Diamond Street
Philadelphia, PA 19131

v.

Balkar Saini
14 Ponty CT
Monmouth JCT, NJ 08852

and

BABA OIL, LLC
14 Ponty CT
Monmouth JCT, NJ 08852

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

10-284

Case ID: 251101592

**LOUIS JAY ARNOLD, P.C.**
By:  Louis Jay Arnold, Esquire
Identification No. 22790
2021 Locust Street
Philadelphia, PA  19103
(215) 735-1776 (t)
(215) 972-5582 (f)
ljarnold@lalaw1776.com

Attorney for Plaintiff,
Clodious Hughes

***Major Case/Non-Jury***
***This is not an Arbitration matter.  An***
***assessment of damages hearing is***
***required.***

| | | |
|---|---|---|
| Clodious Hughes<br>5431 Diamond Street<br>Philadelphia, PA 19131 | :<br>:<br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| Plaintiff | :<br>: | |
| | : | November TERM, 2025 |
| v. | :<br>: | |
| Balkar Saini<br>14 Ponty CT<br>Monmouth JCT, NJ 08852 | :<br>:<br>: | NO: |
| Defendant | :<br>: | |
| and | :<br>: | |
| BABA OIL, LLC<br>14 Ponty CT<br>Monmouth JCT, NJ 08852 | :<br>:<br>: | |
| Defendant | : | |

## CIVIL ACTION COMPLANT
### 2V-Motor Vehicle Accident

Plaintiff, Clodious Hughes, claims of defendants, Balkar Saini and Baba OIL, LLC, a sum in excess of $50,000 in damages, upon causes of action wherein the following are true statements:

1.    Plaintiff, Clodious Hughes is an adult individual residing at the above-captioned address.

2.    Defendant, Balkar Saini, is an adult individual residing at the above-captioned address.

3.    Defendant, Baba OIL, LLC, is a limited liability company with an office located at the above-captioned address.

4.    On or about December 20, 2023, at approximately 6:00pm at a Gulf Gas Station located at 5026 Wynnefield Avenue, Philadelphia, PA plaintiff, had helped defendant Balkar Saini load a large vending machine into defendants' 2019 Toyota, Rav 4 LE Wagon bearing N.J. license plate E9GLPE. When they were finished loading the vending machine into defendant's vehicle, defendant Saini, suddenly and without warning, slammed the rear hatch/truck door of the SUV directly on top of the plaintiff's head causing serious and permanent injuries to the plaintiff.

5.    At all times material hereto, defendant Saini loaded the aforesaid cargo into the trunk of his Toyota RAV 4 for its intended transportation to another location.

6.    At all times material hereto, defendant Saini was the owner/and president of Baba OIL, LLC.

7.    At all times material hereto, defendant Saini was acting within the course and scope of his employment for defendant, Baba OIL, LLC.

8.    At all times material hereto, defendant Saini was acting as the agent, workman, servant and employee on behalf of defendant, Baba OIL, LLC.

9.    At all times material hereto, the instant incident arose out of the maintenance and use of the defendants' vehicle.

10.    At all times material hereto, the aforesaid Toyota RAV was registered in New Jersey to defendants', Baba Oil, LLC and Balkar Saini.

Case ID: 251101592

11.     This accident resulted solely from the carelessness and negligence of the defendants herein and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff.

12.     The negligence and carelessness of the defendants herein consisted of the following:

(a)     slamming the rear hatch/trunk door onto the top of the plaintiff's head;

(b)     failing to warn or otherwise inform plaintiff that the rear hatch/trunk door was being closed;

(c)     closing the rear hatch/trunk door onto the top of plaintiff's head before giving him an opportunity to move away from the vehicle to a safe location;

(d)     failing to keep a proper lookout;

(e)     failing to close the rear hatch/trunk door in a safe and careful manner;

(f)     failing to use due care under the circumstances; and;

(g)     closing the rear hatch/trunk door without due care and regard for the rights and safety of the plaintiff.

13. As a result of this accident, plaintiff has suffered injuries, which are serious and permanent, including but not limited to: a traumatic brain injury; occipital neuralgia; post-traumatic encephalopathy; post-traumatic vestibulopathy with mood derangement; closed head injury; erythema to the top of the head; acute nonintractable headache; injuries to his nerves; and other injuries, the full extent of which is not yet known.

14. As a further result of this accident, plaintiff has been or will be obliged to receive

3

and undergo medical attention and care and to expend various sums of money or to incur various expenses, which expenses have or may exceed the sum recoverable under the limits in 75 P.S. Section 1711 and he may be obliged to continue to expend such sums or incur such expenditures for an indefinite time in the future.

15.    As a further result of this accident, plaintiff has or may suffer a severe loss of his earnings and impairment of earning capacity and power which such loss of income and/or impairment of his earning capacity and power has or may exceed the sum recoverable under the limits in 75 P.S. Section 1711.

16.    As a direct result of the aforesaid accident, plaintiff has or may hereafter incur other financial expenses or losses, which do or may exceed amounts which plaintiff may otherwise be entitled to recover.

17.    As a further result of the aforementioned accident, plaintiff has suffered severe physical pain, mental anguish, humiliation, embarrassment and loss of life's pleasures and plaintiff may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE,** plaintiff, Clodious Hughes demands of defendants, Balkar Saini and Baba OIL, LLC, **a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS for damages, exclusive of costs and damages for delay.**

**LOUIS JAY ARNOLD, P.C.**

**By:**  _Louis Jay Arnold /s/_
Louis Jay Arnold, Esquire
_Attorney for Plaintiff_

Date: 11/11/25

4

Case ID: 251101592

## **VERIFICATION**

Clodious Hughes states that he is the plaintiff herein; that he is acquainted with the facts set forth in the foregoing pleading; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of Pa. C.S. §4904 relating to unsworn falsification to authorities.

Date: 11/11/25

CLODIOUS HUGHES